IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **RICKY LAMAR HOGAN,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| VS. : | NO. 5:23-CV-00103-MTT-CHW |
| : | |
| **JOHN AND OR JANE DOES,** : | |
| : | |
| **Defendants.** : | |
| : | |

## SUPPLEMENTAL ORDER

Presently pending before the Court are claims filed by *pro se* Plaintiff Ricky Lamar Hogan, an inmate presently incarcerated in the Hancock State Prison in Sparta, Georgia. On May 5, 2023, it was recommended that Plaintiff's motion for a preliminary injunction be denied, and Plaintiff was ordered to file a complaint on the Court's standard form and either pay the Court's filing fee or submit a motion for leave to proceed *in forma pauperis*. Plaintiff was given fourteen (14) days to comply, and he was warned that the failure to fully and timely comply could result in the dismissal of this case. *See generally* Order, May 5, 2023, ECF No. 3.

The time for compliance passed without a response from Plaintiff, presumably because the May 5th Order was returned to the Court as undeliverable (ECF No. 4). The Order was re-mailed to the Plaintiff on May 30, 2023, and Plaintiff shall therefore have **FOURTEEN (14) DAYS** from that date to comply with the May 5th Order if he wishes to proceed with his claims. Plaintiff is also now advised of his right to serve and file written

objections to the recommendation to deny his motion for a preliminary injunction with the Honorable Marc T. Treadwell, Chief United States District Judge. *See* 28 U.S.C. § 636(b)(1). Plaintiff must file any objections **WITHIN FOURTEEN (14) DAYS** after being served a copy of this Order. Any objection is limited in length to **TWENTY (20) PAGES**. *See* M.D. Ga. L.R. 7.4. The parties may seek an extension of time in which to file written objections, provided a request for an extension is filed prior to the deadline for filing written objections. Failure to object in accordance with the provisions of § 636(b)(1) waives the right to challenge on appeal the district judge's order based on factual and legal conclusions to which no objection was timely made. *See* 11th Cir. R. 3-1.

Finally, Plaintiff is reminded of his obligation to notify the Court in writing of any change in his mailing address. He is also reminded that the failure to fully and timely comply with the Court's orders and instructions may result in the dismissal of his case. There shall be no service of process until further order of the Court.

**SO ORDERED**, this 31st day of May, 2023.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge