IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **RICKY LAMAR HOGAN,** | : | |
| **Plaintiff,** | : | |
| VS. | : | NO. 5:23-CV-00103-MTT-CHW |
| **JOHN AND OR JANE DOES,** | : | |
| **Defendants.** | : | |

## **ORDER**

Presently pending before the Court are claims filed by *pro se* Plaintiff Ricky Lamar Hogan, an inmate presently incarcerated in the Hancock State Prison in Sparta, Georgia. On May 5, 2023, it was recommended that Plaintiff's motion for a preliminary injunction be denied, and Plaintiff was ordered to file a complaint on the Court's standard form and either pay the Court's filing fee or submit a motion for leave to proceed *in forma pauperis*. Plaintiff was given fourteen (14) days to comply, and he was warned that the failure to fully and timely comply could result in the dismissal of this case. *See generally* Order, May 5, 2023, ECF No. 3.

The time for compliance passed, presumably because the address on the May 5th Order reflected the wrong GDC number and was returned to the Court as undeliverable (ECF No. 4). The May 5th Order was accordingly re-mailed to the Plaintiff on May 30, 2023, and the Court issued a supplemental order directing Plaintiff to comply with the May 5th Order within fourteen (14) days of that date if he wished to proceed with his claims.

Plaintiff was again warned that the failure to fully and timely comply with the Court's orders and instructions could result in the dismissal of this case. *See generally* Order, May 31, 2023, ECF No. 5.

The time for compliance has again passed without a response from Plaintiff. The failure to fully and timely comply with the orders and instructions of the Court is grounds for dismissal. As such, Plaintiff is now **ORDERED** to **RESPOND** and **SHOW CAUSE** within **FOURTEEN (14) DAYS** of the date of this Order why this action should not be dismissed. Plaintiff must also comply with the Court's May 5th Order by recasting his Complaint on the Court's standard form and either paying the filing fee in full or submitting a motion for leave to proceed *in forma pauperis*. Plaintiff shall have **FOURTEEN (14) DAYS** from the date of this Order to comply if he wishes to continue with this action. **Failure to fully and timely comply with this Order will likely result in the dismissal of Plaintiff's Complaint.** Plaintiff is also reminded of his obligation to notify the Court in writing of any change in his mailing address. There shall be no service of process until further order of the Court.

**SO ORDERED**, this 29th day of June, 2023.

          s/ Charles H. Weigle
          Charles H. Weigle
          United States Magistrate Judge