IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| RICKY LAMAR HOGAN, | * |
| Plaintiff, | * |
| v. | Case No.  5:23-CV-00103-MTT-CHW |
| | * |
| JOHN AND OR JANE DOES, | |
| | * |
| Defendants. | |
| | * |

## J U D G M E N T

Pursuant to this Court's Order dated July 27, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 27th day of July, 2023.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk